FRITSCHE, Respondent, vs. FRITSCHE, Appellant.

*May 26 — June 21, 1890.*

*Easements: Ejectment.*

An action of ejectment cannot be maintained to recover a mere easement.

APPEAL from the Circuit Court for *Crawford* County. The case is stated in the opinion.

For the appellant there was a brief by *Webster & Miller,* and oral argument by *D. Webster.*

For the respondent the cause was submitted on the brief of *Fuller & Ward.*

LYON, J. This is an action of ejectment brought to recover a private right of way claimed by the plaintiff on certain lands of the defendant. The right thus claimed was established by the judgment of this court affirming the judgment of the circuit court in an action at law brought by the plaintiff against defendant for obstructing such right of way. The opinion in that action is filed herewith. See *Fritsche v. Fritsche, ante,* p. 266.

After the judgment of the circuit court for the plaintiff was entered in that action, affirming the existence of such

right of way, the defendant again obstructed the same at the same point, and thereupon this action of ejectment was brought to recover such right or easement. The circuit court held that the judgment in the former action is *res adjudicata* of plaintiff's right, and thereupon gave judgment herein in his favor, from which the defendant appeals. The ruling was doubtless correct, and the judgment would also be correct if ejectment could be maintained to recover a mere easement. But it is well settled, both on principle and by authority, that the action cannot be maintained for such purpose. It was so held in *Racine v. Crotsenberg*, 61 Wis. 481. The subject is there quite fully considered, and it is unnecessary to repeat the discussion here. The remedy of the plaintiff is by action at law for damages, or, if the wrong be persisted in, by a suit in equity for an injunction.

*By the Court.*— The judgment is reversed, and the cause will be remanded with directions to the circuit court to dismiss the complaint.